United States Court of Appeals
Fifth Circuit

**F I L E D**

**February 13, 2006**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 05-20238

JO ANNE GREENE; RICHARD GREENE;
grandparents and sole temporary
managing conservators, in re
interest of ECL,

Plaintiffs-Appellants,

versus

HARRIS COUNTY, TEXAS; KENT ELLIS,
Honorable,

Defendants-Appellees.

Appeal from the United States District Court
for the Southern District of Texas
(05-CV-520)

Before GARWOOD, DAVIS and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

The district court correctly abstained, as it was required to

do under *Younger v. Harris*, 401 U.S. 37 (1971).  *See also, e.g.,*

*Huffman v. Pursue*, 420 U.S. 592 (1975); *Trainor v. Hernandez*, 431

---

[*]Pursuant to 5TH CIR. R. 47.5 the Court has determined that this
opinion should not be published and is not precedent except under
the limited circumstances set forth in 5TH CIR. R. 47.5.4.

U.S. 434 (1977); *Texas Ass'n of Business v. Earle*, 388 F.3d 515, 519 (5th Cir. 2004). None of the exceptions to *Younger* abstention is present or even claimed. Appellants had and have ample opportunity to present their federal claims in the state proceeding. *See, e.g., Juidice v. Vail*, 430 U.S. 327, 337 (1977). It is immaterial that appellants do not seek to enjoin the entire state court proceedings but merely to control the decision of one matter therein. *See Williams v. Rubiera*, 539 F.2d 470, 473 (5th Cir. 1976); *Ballard v. Wilson*, 856 F.2d 1568, 1570 (5th Cir. 1988).

The decision of the district court is

AFFIRMED.